LAWRENCE BREWSTER, Regional Solicitor
JAY WILLIAMSON, Acting Associate Regional Solicitor
DANIELLE L. JABERG, Counsel for ERISA
BRUCE L. BROWN, Trial Attorney
WSBA 18844
(Email) brown.bruce.l@dol.gov
U. S. Department of Labor
Office of the Solicitor
1111 Third Avenue, Suite 945
Seattle, WA 98101
Tel: (206) 553-0940
Facsimile: (206) 553-2768
Attorneys for Elaine L. Chao, Secretary
United States Department of Labor, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of the United States Department of Labor, <br><br> Plaintiff, <br><br> vs. <br><br> ZOLTRIX INC., a suspended California corporation and Plan Administrator, and ZOLTRIX INC. 401(k) PROFIT SHARING PLAN, an employee benefit plan, <br><br> Defendant. | Case No.: C 07-00610 WHA <br><br> (proposed) ORDER GRANTING THE SECRETARY'S MOTION TO AMEND CASE MANAGEMENT SCHEDULE AND TO DISPENSE WITH ADR PROCEDURES |

The Case Management Conference is hereby continued from May 10, 2007 to _June 7, 2007, at 11:00 a.m._____, and other deadlines set in the Order Setting Initial Case management Conference are continued accordingly.

Because the Secretary has been unable to locate any of the fiduciaries of the Zoltrix, Inc. Profit Sharing Plan, she will be excused from and not be required to submit any documents concerning ADR which would have been required pursuant to ADR L.R. 3 5(b), (c); Civil L.R. 16 8(b), (c).

*Zoltrix Inc., C 07-00610 WHA, Proposed Order Granting the Secretary's Motion to Amend Case Scheduling Deadlines*
-Page 1 of 2-

1  IT IS SO ORDERED.

2  Dated: May 7, 2007.



WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE