IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELAINE L. CHAO, Secretary of Labor,
UNITED STATES DEPARTMENT OF
LABOR,

    Plaintiff,

  v.

ZOLTRIX INC., a suspended California
corporation and Plan Administrator, and
ZOLTRIX INC. 401(k) PROFIT SHARING
PLAN, an employee benefit plan,

    Defendants.
                                       /

No. C 07-00610 WHA

**ORDER DENYING *EX PARTE* REQUEST TO DISPENSE WITH CASE MANAGEMENT CONFERENCE**

Plaintiff's June 4, 2007, request to "dispense with case management conference" is **DENIED**. Trial counsel shall please appear at the case management conference on **JUNE 7, 2007, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: June 5, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE