IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,<br><br>    Plaintiff,<br><br>  v.<br><br>ZOLTRIX INC., a suspended California corporation and Plan Administrator, and ZOLTRIX INC. 401(k) PROFIT SHARING PLAN, an employee benefit plan,<br><br>    Defendants.<br>_____/ | No. C 07-00610 WHA<br><br>**ORDER SETTING DEADLINE FOR MOTION FOR DEFAULT JUDGMENT** |

Any motion for default judgment must be filed by **AUGUST 30, 2007**.

**IT IS SO ORDERED.**

Dated: August 15, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE