**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELAINE L. CHAO, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,

    Plaintiff,

v.

ZOLTRIX INC., a suspended California corporation and Plan Administrator, and ZOLTRIX INC. 401(k) PROFIT SHARING PLAN, an employee benefit plan,

    Defendants.

No. C 07-00610 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting plaintiff's motion for default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff and against defendants. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 11, 2007.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE